# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D19-0811
_____

RAYMOND HOWARD DOUGLAS JR,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

May 10, 2019

PER CURIAM.

The petition for belated appeal is DENIED on the merits.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Raymond Howard Douglas Jr, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.